## Funovits Unemployment Compensation Case.

Argued March 14, 1966. *Jerome H. Gerber*, with him *Handler and Gerber*, for claimant, appellant; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Isis Incorporated *v.* American Insulator Corporation, Appellant.

Argued March 15, 1966. *W. William Anderson*, with him *Horace E. Smith, Paul C. McCleary, Jr., E. Nelson Read*, and *Smith & McCleary*, for appellant; *Gibson Smith, Jr.*, for appellee.

Judgment affirmed.